FILED ___ ENTERED
___ LOGGED ___ RECEIVED

## UNITED STATES DISTRICT COURT
for the
District of Maryland

JUL 11 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

17-1818SAG

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.
)
Safe Deposit Box #8110014537, located at Bank of )
America, Roland Avenue Banking Center, 4800 Roland )
Avenue, Baltimore, MD 21210 )

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Safe Deposit Box #8110014537, located at Bank of America, Roland Avenue Banking Center, 4800 Roland Avenue, Baltimore, MD 21210 IN THE MATTER OF THE SEARCH AND SEIZURE OF A SAFE DEPOSIT BOX LOCATED AT B

located in the _____-_____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841 | conspiracy and distribution of controlled substances |
| 18 USC 1347 | health care fraud |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

TFO Glenn Hester, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 22, 2017

_____
*Judge's signature*

City and state: Baltimore, Maryland                   Stephanie A. Gallagher, United States Magistrate Judge
*Printed name and title*