```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 11 2017

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE MATTER OF THE SEARCH AND
SEIZURE OF A SAFE DEPOSIT BOX
LOCATED AT BANK OF AMERICA,
ROLAND AVENUE BANKING CENTER,
4800 ROLAND AVENUE, BALTIMORE,
MD 21210

Case No. __17-1818SAG__

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH AND SEIZURE WARRANT

I, Glenn Hester, being first duly sworn, do hereby state and declare as follows:

### INTRODUCTION

1. This affidavit is submitted in support of a warrant to search a bank safe deposit box maintained by Bank of America and rented by David ROBINSON ("Safe Deposit Box") and to seize various items described more fully in Attachment A. ROBINSON is under indictment in this district for conspiracy to distribute and possess with the intent to distribute Oxycodone and Alprazolam in violation of 21 U.S.C. § 846. Your Affiant believes that a search of the Safe Deposit Box will reveal cash and other fruits, evidence, and instrumentalities of the crime of distribution, possession with intent to distribute and conspiracy to distribute and possess with intent to distribute Oxycodone and Alprazolam, in violation of 21 U.S.C. § 846.

### YOUR AFFIANT

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

3. I have been a sworn member of the BPD since February, 1986. I am currently assigned as a TFO with the DEA's TDS in Baltimore, Maryland. The DEA TDS investigates

1

criminal violations related to the diversion of pharmaceutical controlled dangerous substances and prescription medications.

4. I have participated in numerous investigations of unlawful drug distribution involving the use of undercover officers, confidential informants, undercover transactions, physical surveillance, telephone toll analysis, investigative interviews, the execution of search warrants, and the recovery of substantial quantities of narcotics, pharmaceutical controlled substances, proceeds, and related paraphernalia. I have reviewed taped conversations, as well as documents and other records relating to controlled dangerous substance ("CDS") traffic and money laundering. I have interviewed people familiar with the drug business to include drug dealers, users and confidential informants and have discussed with them the lifestyles, drug appearance terminologies, and habits.

5. Through my training, knowledge and experience, I have become familiar with the manner in which illegal drugs are transported, stored, "stashed," manufactured, and distributed. I am also aware that drug traffickers often possess and use firearms, and the methods by which CDS traffickers collect, and conceal, the proceeds of their illegal activities. I am aware that drug traffickers often use safe deposit boxes, and other secure locations such as safes, to secure the proceeds of their drug trafficking and other valuable items.

## PROPERTY TO BE SEARCHED

6. The property to be searched is the aforementioned Safe Deposit Box, rented by ROBINSON. The Safe Deposit Box #8110014537, is located at Bank of America, Roland Avenue Banking Center, 4800 Roland Avenue, Baltimore, MD 21210.

## PROBABLE CAUSE

7. As noted above, this affidavit is made in support of an application to search a Safe Deposit Box rented to ROBINSON by Bank of America. Because this affidavit is being submitted for the limited purpose of obtaining a search warrant for the Safe Deposit Box, it does not include

each and every fact known to your Affiant or to the government. Instead, I have set forth only those facts necessary to support probable cause for the relief sought herein.

8. On June 21, 2017, ROBINSON was indicted by a Grand Jury in the District of Maryland for conspiracy to distribute and possess with intent to distribute Oxycodone in violation of 21 U.S.C. § 846.

9. On June 23, 2017, as part of this investigation your Affiant submitted an extensive affidavit in support of applications to the Honorable Stephanie Gallagher for multiple search and seizure warrants. That affidavit is attached hereto as Exhibit A and incorporated herein by reference.

10. As detailed in the indictment and the affidavit, ROBINSON owns and operates Frankford Family Pharmacy. During the course of this investigation law enforcement used a confidential source to make several controlled purchases of Oxycodone and Alprazolam from ROBINSON at Frankford Family Pharmacy.

11. ROBINSON is believed to have generated large amounts of cash through the illegal operations of Frankford Family Pharmacy. On June 27, 2017, law enforcement executed the attached search and seizure warrants. Located at the residence and at Frankford Family Pharmacy were, among other items, large sums of US currency, blank prescription pads, several firearms, as well as banking and financial documents. There were safes recovered at the residence and the pharmacy that each contained large quantities of US currency. The banking and financial documents indicated that ROBINSON maintained financial accounts at Bank of America. On June 27, 2017, Bank of America responded to a subpoena and advised that ROBINSON rented Safe Deposit Box #8110014537, located at Bank of America, Roland Avenue Banking Center, 4800 Roland Avenue, Baltimore, MD 21210.

## CONCLUSION

12. For the reasons stated above, your Affiant believes that there is probable cause to believe that (i) ROBINSON engaged in a conspiracy whose object was the illicit sale of oxycodone; (ii) ROBINSON generated large amounts of cash from his participation in this illegal activity; and (iii) a search of the Safe Deposit Box will provide additional evidence of ROBINSON's illegal conduct, as well as the fruits of his illegal enterprise.

13. WHEREFORE, your affiant respectively requests that the Court issue a search and seizure warrant authorizing members of DEA or their authorized representatives, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to search the Safe Deposit Box for the items listed on Attachment A, which constitute fruits, evidence and instrumentalities of distribution, possession with intent to distribute and conspiracy to distribute and possess with intent to distribute Oxycodone and Alprazolam, in violation of 21 U.S.C. § 846.

Glenn Hester
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to me on this ___ day of June 2017.

Stephanie A. Gallagher
United States Magistrate Judge

## ATTACHMENT A

All records and evidence relating to violations of 21 U.S.C. § 846, including the following, may be seized and searched:

1. Documents and records regarding the purchase, receipt, inventory, return (credit), transfer, dispensation, sale, and shipment of controlled substances, including Oxycodone or Alprazolam

2. All prescriptions, or other orders or requests received for controlled substances, including Oxycodone and Alprazolam. This includes original prescriptions, copies of prescriptions, and facsimiles of prescriptions.

3. Any documents or records related to ordering controlled substances, including Oxycodone and Alprazolam, including but not limited to purchase orders, order forms, receipts, DEA 222 Order Forms, CSOS records, shipping records, and payment records.

4. Any documents and records of financial accounts or transactions related to payment for or proceeds from controlled substances, including Oxycodone and Alprazolam. These include account statements, deposits, withdrawals, checks, debits, wire transfers.

5. Cash or currency.